*Per Curiam.* In this suit by plaintiff against defendant, a banking institution, incorporated by the Hungarian Parliament in 1916, for breach of a five-year contract of employment, the courts below granted plaintiff recovery — the trial court for upwards of $76,000, the Appellate Division for about $63,000. In arriving at its figure, the trial court had allowed damages for loss of salary as well as for loss of pension rights, while the Appellate Division permitted recovery only for the latter item. We agree with the result attained by the trial court; in our view, plaintiff was entitled, by reason of his wrongful discharge, to recover, not only for loss of pension rights — computed at 60% of his salary, the rate at which he would have been compensated had he served five years — but also for said loss of salary.

The judgment of the Appellate Division should be modified in accordance with this opinion, and, as so modified, affirmed, with costs to the plaintiff.

LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ., concur.

Judgment accordingly. [See 304 N. Y. 742.]

In the Matter of NEW YORK CONFERENCE ASSOCIATION OF SEVENTH-DAY ADVENTISTS, Respondent, against JEFFERSON SCHENCK et al., as Assessors and Trustees of the Village of Union Springs, Cayuga County, Appellants.

In the Matter of NEW YORK CONFERENCE ASSOCIATION OF SEVENTH-DAY ADVENTISTS, Respondent, against HARRY NUTT et al., as Assessors of the Town of Springport, Cayuga County, Appellants. (Two Cases.)

Argued May 19, 1952; decided July 15, 1952.

*Robert D. Jones* for appellants.

*Raymond M. Bush* for respondent.

Order affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.

AMERICAN PRESIDENT LINES, LTD., Respondent, and POPE & TALBOT, INCORPORATED, Intervener, Respondent, *v.* CHARLES KING, Individually and as an Officer of the Brotherhood of Marine Engineers, et al., Appellants.

Argued May 22, 1952; decided July 15, 1952.